**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NO. 3:25-CR-15** |
| | : | |
| GUILLERMO HERNANDEZ, et al., | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that

Case No. 3:25-CR-15, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:25-CR-15, be unsealed.

SO ORDERED, this _19th_ day of May, 2026.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:
*s/ Michael Morrison*
MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY